| | |
|---|---|
| 1 | Julie A. Vogelzang, State Bar No. 174411 |
| | LUCE, FORWARD, HAMILTON & SCRIPPS LLP |
| 2 | 600 West Broadway, Suite 2600 |
| | San Diego, California 92101-3372 |
| 3 | Telephone No.: 619.236.1414 |
| | Fax No.: 619.232.8311 |
| 4 | |
| | Attorneys for Defendant AmeriPride Services Inc. |
| 5 | |
| | Nicholas Wagner |
| 6 | LAW OFFICES OF WAGNER & JONES |
| | 1111 E. Hendon, Suite 317 |
| 7 | Fresno, CA 93720 |
| | Telephone No.: 559.449.1800 |
| 8 | Fax No.: 559.449.0749 |
| 9 | Attorneys for Plaintiff Grady O'Bryant |

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRADY O'BRYANT, | Case No. 2:08-cv-00919-FCD-EFB |
| Plaintiff, | **STIPULATION AND ORDER TO TRANSFER ACTION TO SOUTHERN DISTRICT OF CALIFORNIA** |
| v. | |
| AMERIPRIDE SERVICES, INC., and DOES 1-50, inclusive, | |
| Defendants. | |

### STIPULATION

Currently pending before this Court is Defendant AmeriPride Services Inc.'s ("Defendant") Motion to Transfer Action to Southern District of California pursuatn to 28 U.S.C. section 1404(a). It is scheduled to be heard on June 6, 2008 at 10:00 a.m. in Courtroom 2. Because Plaintiff Grady O'Bryant ("Plaintiff") does not oppose the motion, the parties hereto stipulate as follows:

1. The parties stipulate to the transfer of this case to the Southern District of California and seek assignment to Judge Marylin Huff, who presides over the related action pending in the Southern District.

2. The parties agree that Defendant's pending Motion to Transfer Action to Southern District of California shall be taken off calendar before the undersigned judge.

DATED: May 27, 2008            Respectfully submitted,

                                    LUCE, FORWARD, HAMILTON & SCRIPPS LLP


                                    By: s/Julie A. Vogelzang
                                           Julie A. Vogelzang
                                           Attorneys for Defendant AmeriPride Services Inc.

DATED: May 27, 2008            LAW OFFICES OF WAGNER & JONES


                                    By: s/Nicholas Wagner
                                           Nicholas Wagner
                                           Attorneys for Plaintiff Grady O'Bryant

## **ORDER**

Because there is litigation pending in the Southern District of California which alleges substantially identical claims and involves the same defendant as the instant action and transfer of this action to the Southern District of California will therefore avoid duplicative litigation and the possibility of inconsistent rulings, save the parties costs and time, and create judicial efficiencies, in the interest of justice,

IT IS HEREBY ORDERED that Defendant's Motion to Transfer Action to Southern District of California be taken off calendar, and that this action be transferred in its entirety, pursuant to Section 1404(a), to the United States District Court for the Southern District of California.

DATED: May 28, 2008

By: _____
UNITED STATES DISTRICT COURT JUDGE